IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN  DIVISION

FILED

03 MAR 21  PM 4: 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| | } | |
| | } | |
| v. | } | CASE NO. CV 02-B-2172-S |
| | } | |
| L.B. LAUDERDALE, | } | |
| SSN: 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 | } | |
| | } | |
| Defendant. | } | |

ENTERED

MAR 2 1 2003

## FINDINGS AND CONCLUSIONS

This case is before the court on the written motion of plaintiff supported by affidavit for

Judgment by Default in favor of plaintiff and against defendant pursuant to Rule 55, Federal

Rules of Civil Procedure, the court makes the following findings and conclusions:

1.   The Summons and Complaint were served upon defendant on January 27, 2003;

    defendant has failed to appear, plead, or otherwise defend.

2.   Defendant is not an infant or incompetent person, nor has defendant been in the

    military service of the United States since the filing of this suit or for a period of

    six months prior to such filing.

3.   Defendant is indebted to plaintiff in the principal sum of $739,000.00, court costs

    of $150.00, pursuant to 28 U.S.C. § 2412(a)(2), accrued interest of $124,278.42

    through March 14, 2003 at the rate of 7 percent per annum until date of judgment,

    plus interest from the date of judgment at the prevailing legal rate per annum.

4.   Plaintiff is due to recover from defendant the total sum of $863,428.42, plus

    interest from March 14, 2003, until date of judgment at the rate of 7 percent per



annum and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will be entered accordingly.

**DONE** this _____ 21st _____ day of March, 2003.

**SHARON LOVELACE BLACKBURN**
United States District Judge